# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ANTHONY J. FAILS,**

    **Plaintiff,**

vs.                                                      Case No. 4:16cv766-WS/CAS

**SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,**

    **Defendants.**
_____/

## REPORT AND RECOMMENDATION

    Plaintiff Anthony J. Fails, proceeding pro se, initiated this case in December 2016 by filing a petition for writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1. The petition was reviewed by United States Magistrate Judge Charles Kahn who determined that the petition raised civil rights claims and was not a challenge to the validity of a conviction or sentence. ECF No. 3. The case was reassigned and referred to the undersigned as a prisoner civil rights complaint.

    On January 5, 2017, Plaintiff was ordered to either pay the $400.00 filing fee for this civil rights case or submit a completed in forma pauperis

motion, supported by the required copies of his inmate trust fund account. ECF No. 5. Plaintiff failed to comply and a Report and Recommendation was entered in March 2017 recommending dismissal. ECF No. 6. Plaintiff filed a motion for reconsideration, ECF No. 8, which was granted and he was given another opportunity to comply. ECF No. 9. However, that Order noted that Plaintiff was a litigious prisoner and has had numerous cases dismissed as either frivolous or for failing to state a claim. *Id.* Therefore, because Plaintiff is barred from preceding with in forma pauperis status, Plaintiff was required to pay the filing fee to proceed with this case. *Id.* (citing case # 3:09cv525-RV/MD and case # 3:16cv01239-BJD-PDB, M.D. Fla.). Two separate Orders were entered in April 2017 directing Plaintiff to file a complaint on a civil rights complaint form and providing him with time to pay the $400.00 filing fee for this case. Plaintiff was warned that if he failed to comply, a recommendation would be made to dismiss this case. ECF Nos. 9, 11. Because Plaintiff has not complied, it is apparent that he has abandoned this litigation and this case should now be dismissed.

It is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to comply with a Court Order and for failure to prosecute.

**IN CHAMBERS** at Tallahassee, Florida, on June 30, 2017.

 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control. If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**